IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA BARTOLOMEO, | |
| Plaintiff, | CASE NO. 2:08-CV-1066 |
| vs. | JUDGE ALGENON L. MARBLEY |
| FOSSIL STORES I, INC., | MAGISTRATE JUDGE KING |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL

Now come the parties, Plaintiff Donna Bartolomeo and Defendant Fossil Stores I, Inc., by and through their respective counsel, and hereby give notice to the Court, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Plaintiff voluntarily dismisses all claims against Defendant with prejudice, each party shall bear its or her own costs.

Respectfully Submitted:

By: _____
John S. Marshall (0015160)
Edward R. Forman (0076651)
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio 43215-5296
Telephone: (614) 463-9790
Facsimile: (614) 463-9780
jmarshall@marshallandmorrow.com
eforman@marshallandmorrow.com

**COUNSEL FOR PLAINTIFF**

By: _____
Michael P. Royal
Texas Bar No. 00748860
*Admitted Pro Hac Vice*
Fisher & Phillips LLP
4343 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
mroyal@laborlawyers.com

**COUNSEL FOR DEFENDANT**

By: _Andy Biller by John Marshall per authority_  
Andrew R. Biller (0081452)  
The Law Firm of Andrew Biller  
3789 Preserve Crossing Boulevard  
Columbus, OH 43230  
Telephone: (614) 939-9022  
Facsimile: (614) 583-8107  
andrewbilleresq@gmail.com  

**COUNSEL FOR PLAINTIFF**

By: _Lois A. Gruhin_  
Lois A. Gruhin (0012672) Trial Attorney  
Stephen S. Zashin (0064557)  
Zashin & Rich Co., L.P.A.  
17 S. High Street, Suite 750  
Columbus, OH 43215  
Telephone: (614) 224-4411  
Facsimile: (614) 224-4433  
lag@zrlaw.com  
ssz@zrlaw.com  

**COUNSEL FOR DEFENDANT**

IT IS SO ORDERED:

_____  
United States District Judge